UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
|     JAMES L GARDNER | ) CASE NO.16-70827–AKM-13 |
| | ) |
|     DEBTOR(S) | ) |

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

Pursuant to BR 3002.1(f), the Trustee files this Notice that the amount required to cure the below claim has been paid in full or as indicated, and that the debtor(s) has made all payments required under the Plan.

1. **Creditor:** U.S. BANK NATIONAL ASSOCIATION

   **Trustee Claim No.** 003     **Court Claim No.** 004

   **Last four digits of number used to identify debtor(s)' account:** 1798

2. **Monthly On-going Mortgage Payments**

   ☐ Post-petition payments paid directly by debtor(s) and Trustee has no knowledge of any disbursements; or

   ☒ Post-petition payments paid by Trustee are current through April 2021 and due for May 2021.

3. **Final Cure Amount**

   | | Amount Claimed | Paid by Trustee | Balance |
   |---|---|---|---|
   | **Pre-petition Arrearage Amount** | $3,158.09 | $3,158.09 | $0.00 |
   | **Post-petition fees, expenses, and charges** | $0.00 | $0.00 | $0.00 |
   | **Post-petition Arrearage Balance** | $0.00 | $0.00 | $0.00 |

4. Pursuant to BR 3002.1(g), within 21 days of the service of this Notice the creditor is obligated to file and serve on the debtor(s), debtor's counsel, and the Trustee a response indicating whether it agrees that the above is correct as of the conclusion of payments via the Trustee conduit.

   If the creditor does not agree, the response shall itemize the required cure or post-petition payment amounts, if any, which the creditor contends remain unpaid as of the conclusion of conduit payments.

|  |  |
|---|---|
| September 7, 2021 | /s/Robert P. Musgrave<br>Robert P. Musgrave<br>Chapter 13 Trustee<br>P.O. Box 972<br>Evansville, IN  47706-0972<br>Telephone:  (812) 424-3029<br>Fax:  (812) 433-3464<br>Email address: trusteegeneral@chap13evv.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail September 7, 2021:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

JAMES L GARDNER
2567 BIRK DRIVE
JASPER, IN 47546-

LLOYD KOEHLER
ATTORNEY AT LAW
400 PEARL ST, SUITE 200
NEW ALBANY, IN 47150-

U.S. BANK NATIONAL ASSOCIATION
C/O RUSHMORE LOAN MANAGEMENT SERVICES
P.O. BOX 55004
IRVINE, CA 92619-2708

CORPORATION SERVICE COMPANY
AS REGISTERED AGENT FOR
RUSHMORE LOAN MANAGEMENT SERVICES LLC
135 NORTH PENNSYLVANIA STREET, SUITE 1610
INDIANAPOLIS, IN 46204