**Fill in this information to identify the case:**

Debtor 1 _James L Gardner_

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _Southern District of Indiana_

Case number _1670827_

## Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
Wells Fargo Bank, N.A.

**Court claim no.** (if known): _4_

**Date of payment change:**
Must be at least 21 days after date
of this notice                                       _08/01/2019_

**New total payment:**
Principal, interest, and escrow, if any    $_455.73_

**Last 4 digits** of any number you use to
identify the debtor's account:        2   0   5   3

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _109.08_          New escrow payment: $ _107.93_

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
| --- | --- |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change:

   Current mortgage payment: $ _____          New mortgage payment: $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Joseph Paul Black _____     Date  06/20/2019 _____

Signature

Print:  BLACK, JOSEPH PAUL _____     VP Loan Documentation _____

First Name          Middle Name          Last Name          Title

Company  Wells Fargo Bank, N.A. _____

Address  MAC N9286-01Y _____

Number          Street

1000 Blue Gentian Road _____

Address 2

Eagan                    MN      55121-7700

City                    State    ZIP Code

Contact phone  800-274-7025 _____     NoticeOfPaymentChangeInquiries@wellsfargo.com _____

Email

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

Chapter  13  No.  1670827

Judge:  Andrea K. McCord

In re:

James L Gardner

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before June 21, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:                                    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

James L Gardner
2567 Birk Drive

Jasper IN 47546

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:                     By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Lloyd E Koehler
Attorney
400 Pearl Street Ste 200

New Albany IN 47150

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Trustee:                                    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Robert P. Musgrave
Office of Robert P. Musgrave
P. O. Box 972

Evansville IN 47706-0972

/s/Joseph Paul Black

VP Loan Documentation

Wells Fargo Bank, N.A.



**WELLS FARGO HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

## Escrow Review Statement
*For informational purposes only*

**Statement Date:** June 11, 2019
**Loan number:** ████████████
**Property address:**
2567 BIRK DRIVE
JASPER IN 47546

JAMES L GARDNER
2567 BIRK DR
JASPER IN 47546-1317

## Customer Service

  

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **August 1, 2019** payment, the contractual portion of the escrow payment **decreases**.

> The escrow account has a shortage of
> **$65.63**

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Previous payment through 07/01/2019 payment date | New payment beginning with the 08/01/2019 payment |
|---|---|---|
| Principal and/or interest | $347.80 | $347.80 |
| Escrow payment | $109.08 | $107.93 |
| Total payment amount | $456.88 | $455.73 |

**Option 1: No action required**

Starting **August 1, 2019** the new contractual payment amount will be **$455.73**

### Option 2 — Pay the shortage amount of $65.63

| | Previous payment through 07/01/2019 payment date | New payment beginning with the 08/01/2019 payment |
|---|---|---|
| Principal and/or interest | $347.80 | $347.80 |
| Escrow payment | $109.08 | $102.46 |
| Total payment amount | $456.88 | $450.26 |

**Option 2: Pay shortage in full**

Starting **August 1, 2019** the new contractual payment amount will be **$450.26**

See Page 2 for additional details.

**WELLS FARGO HOME MORTGAGE**

JAMES L GARDNER

Wells Fargo Home Mortgage
PO Box 14538
Des Moines, IA 50306-3538

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $65.63 to the address that appears on this coupon.

This payment must be received no later than **August 1, 2019.**

936 ██████████ 6 10 02 00045688 00045026 00052251 00006563 9

Case 16-70827-AKM-13    Doc        Filed 06/20/19    EOD 06/20/19 11:09:57    Pg 5 of 7
Loan Number:

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $1,210.02. For the coming year, we expect the amount paid from escrow to be $1,229.56.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

| | 02/17 - 01/18 (Actual) | 08/17 - 07/18 (Actual) | 08/18 - 06/19 (Actual) | 08/19 - 07/20 (Projected) | | # of months | | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $399.16 | $399.82 | $420.02 | $439.56 | ÷ | 12 | = | $36.63 |
| **Property insurance** | $769.00 | $769.00 | $790.00 | $790.00 | ÷ | 12 | = | $65.83 |
| **Total taxes and insurance** | $1,168.16 | $1,168.82 | $1,210.02 | $1,229.56 | ÷ | 12 | = | $102.46 |
| **Escrow shortage** | $0.00 | $0.00 | $139.56 | $65.63 | ÷ | 12 | = | $5.47** |
| **Mortgage insurance** | $294.85 | $0.00 | $0.00 | $0.00 | ÷ | 12 | = | $0.00 |
| **Total escrow** | $1,463.01 | $1,168.82 | $1,349.58 | $1,295.19 | ÷ | 12 | = | $107.93 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | |
|---|---|---|
| Lowest projected escrow balance  April, 2020 | $139.29 | (Calculated in Part 3 - Escrow account projections table) |
| Minimum balance for the escrow account[†] | - $204.92 | (Calculated as: $102.46  X 2 months) |
| **Escrow shortage** | = -$65.63 | |

[†]The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by  2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

**Loan Number:**

## Part 3 - Escrow account projections

### Escrow account projections from August, 2019 to July, 2020

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Jul 2019 | | | Starting balance | $446.71 | $512.34 |
| Aug 2019 | $102.46 | $0.00 | | $549.17 | $614.80 |
| Sep 2019 | $102.46 | $0.00 | | $651.63 | $717.26 |
| Oct 2019 | $102.46 | $219.78 | DUBOIS COUNTY (A) | $534.31 | $599.94 |
| Nov 2019 | $102.46 | $0.00 | | $636.77 | $702.40 |
| Dec 2019 | $102.46 | $0.00 | | $739.23 | $804.86 |
| Jan 2020 | $102.46 | $0.00 | | $841.69 | $907.32 |
| Feb 2020 | $102.46 | $790.00 | STATE FARM INS | $154.15 | $219.78 |
| Mar 2020 | $102.46 | $0.00 | | $256.61 | $322.24 |
| Apr 2020 | $102.46 | $219.78 | DUBOIS COUNTY (A) | $139.29 | $204.92 |
| May 2020 | $102.46 | $0.00 | | $241.75 | $307.38 |
| Jun 2020 | $102.46 | $0.00 | | $344.21 | $409.84 |
| Jul 2020 | $102.46 | $0.00 | | $446.67 | $512.30 |
| Totals | $1,229.52 | $1,229.56 | | | |

## Part 4 - Escrow account history

### Escrow account activity from August, 2018 to July, 2019

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Aug 2018 | | | | | | | Starting Balance | -$452.96 | $487.33 | -$940.29 |
| Aug 2018 | $92.68 | $97.45 | -$4.77 | $0.00 | $0.00 | $0.00 | | -$360.28 | $584.78 | -$945.06 |
| Sep 2018 | $185.36 | $97.45 | $87.91 | $0.00 | $0.00 | $0.00 | | -$174.92 | $682.23 | -$857.15 |
| Oct 2018 | $92.68 | $97.45 | -$4.77 | $200.24 | $200.24 | $0.00 | DUBOIS COUNTY (A) | -$282.48 | $579.44 | -$861.92 |
| Nov 2018 | $185.36 | $97.45 | $87.91 | $0.00 | $0.00 | $0.00 | | -$97.12 | $676.89 | -$774.01 |
| Dec 2018 | $92.68 | $97.45 | -$4.77 | $0.00 | $0.00 | $0.00 | | -$4.44 | $774.34 | -$778.78 |
| Jan 2019 | $201.76 | $97.45 | $104.31 | $790.00 | $0.00 | $790.00 | STATE FARM INS | -$592.68 | $871.79 | -$1,464.47 |
| Feb 2019 | $109.08 | $97.45 | $11.63 | $0.00 | $769.00 | -$769.00 | STATE FARM INS | -$483.60 | $200.24 | -$683.84 |
| Mar 2019 | $218.16 | $97.45 | $120.71 | $0.00 | $0.00 | $0.00 | | -$265.44 | $297.69 | -$563.13 |
| Apr 2019 | $109.08 | $97.45 | $11.63 | $219.78 | $200.24 | $19.54 | DUBOIS COUNTY (A) | -$376.14 | $194.90 | -$571.04 |
| May 2019 | $495.61 | $97.45 | $398.16 | $0.00 | $0.00 | $0.00 | | $119.47 | $292.35 | -$172.88 |
| Jun 2019 (estimate) | $218.16 | $97.45 | $120.71 | $0.00 | $0.00 | $0.00 | | $337.63 | $389.80 | -$52.17 |
| Jul 2019 (estimate) | $109.08 | $97.45 | $11.63 | $0.00 | $0.00 | $0.00 | | $446.71 | $487.25 | -$40.54 |
| Totals | $2,109.69 | $1,169.40 | $940.29 | $1,210.02 | $1,169.48 | $40.54 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  4/18